**Exhibit A to the Complaint**

**Location:** Maplewood, NJ

**Total Works Infringed:** 63

**IP Address:** 96.225.89.26

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8660054EE7A795DDB03182442FA59958414D414F<br>File Hash:<br>4797668E8D709EABD9299017D79B88A43AA328BDBA86AFEBC5675B4638A9D0B9 | 06-22-2022<br>11:09:53 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 2 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash:<br>86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 06-22-2022<br>10:57:42 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 3 | Info Hash: 4D1E937059E78109E9C929FD10A92D05CBDD6A5B<br>File Hash:<br>6514396893ACE2CFC3D8ACAE8238657C4D235A9126C2AC62859D6FD95ECC0F59 | 06-22-2022<br>10:43:42 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 4 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash:<br>FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 06-22-2022<br>10:41:10 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 5 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash:<br>6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 06-22-2022<br>10:18:58 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 6 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash:<br>A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 06-22-2022<br>10:11:41 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 7 | Info Hash: F6ABB3EC57F6F61E302E4DB9222EA5CB0EEDBE44<br>File Hash:<br>8BA6CA2A2423FDE7D4B7D075850BA1748A5CBE939DC7B56A5C348F2115327E69 | 06-22-2022<br>09:21:20 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 8 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash:<br>41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 06-22-2022<br>08:48:50 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 9 | Info Hash: 400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash:<br>7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 06-22-2022<br>07:38:11 | Tushy | 06-30-2018 | 07-26-2018 | PA0002112157 |
| 10 | Info Hash: 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash:<br>1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 06-22-2022<br>07:16:48 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |
| 11 | Info Hash: 4BBDB139F5A410348C0900040C8C0DA28A385497<br>File Hash:<br>1D6ADD9E1F777D53BE27DB9CCAB0D4022D9125D5E7943CBC27048ECE0FD8FC7F | 06-22-2022<br>06:59:25 | Tushy | 05-01-2022 | 05-20-2022 | PA0002350375 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 89078B825B33412AE3E21B85E2D1E12BCBB484B5<br>File Hash:<br>3BFFECDB6CBF00BA1E7069DE3C82F661138D01D29E9E05C51F728DA06DBF8557 | 06-22-2022<br>06:24:44 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 13 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash:<br>C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 06-22-2022<br>06:23:11 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 14 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash:<br>B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 06-22-2022<br>06:19:17 | Tushy | 04-01-2018 | 04-17-2018 | PA0002116061 |
| 15 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash:<br>C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 06-22-2022<br>05:37:53 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 16 | Info Hash: A044C1B3EBEC733AC48CD2C3AA3AE825647F3D4F<br>File Hash:<br>C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 06-22-2022<br>05:30:52 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 17 | Info Hash: 4218B961D29C31239ED69A0F7FA40164D32E4289<br>File Hash:<br>2B06F52E0DDA0AA7FC3F5B6E253187C6D4EA477085C000A74A4600ECEC814AE2 | 06-22-2022<br>05:17:23 | Tushy | 05-24-2020 | 06-16-2020 | PA0002253262 |
| 18 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash:<br>08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 06-22-2022<br>04:42:23 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 19 | Info Hash: 5562787D91E3447D81F9275687499D136F496655<br>File Hash:<br>67723D0C5886F713BFB35B01B63D0B9E7465530B4EB34D54894692D91F4964BC | 06-22-2022<br>04:22:10 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |
| 20 | Info Hash: C5D52E93767351C8E918FD11407C28228CE8DC45<br>File Hash:<br>13DA3F03BD22B2EF0A2B4D12001D31CE3E1A88A7EDC6A1D2F7DCE52197E862C3 | 06-22-2022<br>04:13:42 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 21 | Info Hash: 0B16315F57F07E173D0600CC87ABFC94AE29EC92<br>File Hash:<br>33AEBBD46B2488A8CD867F100BE6B44FF52555906ED5E40AFFA434DD06FF325B | 06-22-2022<br>03:33:20 | Tushy | 11-02-2018 | 12-10-2018 | PA0002145834 |
| 22 | Info Hash: C5B266E871991178BC959E113F8FEC9E7EE84EBE<br>File Hash:<br>8700DB9ED77D006F16CBE154B665910BE7B2DA058667F5A464D9C4B49F8E20D9 | 06-22-2022<br>01:48:07 | Tushy | 06-20-2021 | 08-20-2021 | PA0002312019 |
| 23 | Info Hash: 0E068785FA4C3886042875F56A3465AA044E5347<br>File Hash:<br>F7D350C73C1CE1D4B23F63617C1F605A53AD04F673CD6D28B44785808C59B91E | 06-22-2022<br>01:29:37 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E<br>File Hash:<br>9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 06-22-2022<br>01:24:05 | Tushy | 07-05-2019 | 08-27-2019 | PA0002213300 |
| 25 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash:<br>D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 06-22-2022<br>01:07:23 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |
| 26 | Info Hash: C170A66205B018D7E1122D9B345FF0EF6E78C5DC<br>File Hash:<br>1F97E7535334CB1F8917D8BDA7A8DFEE6DD5DEF6B2E5D62AA8A88A00A0235077 | 06-22-2022<br>00:46:25 | Tushy | 11-07-2017 | 11-30-2017 | PA0002097995 |
| 27 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash:<br>169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 06-22-2022<br>00:41:28 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 28 | Info Hash: CDE1EBE30D12BB48185E01B5DDD7BA9549DF4BCB<br>File Hash:<br>FC6ED1B9110EF308157299D0842B9998C372FBD630644B804398B5E2ACAD851C | 06-22-2022<br>00:17:36 | Tushy | 08-29-2019 | 09-17-2019 | PA0002216128 |
| 29 | Info Hash: 338C6273050AF6EFE7A181F010212C72844BB7AB<br>File Hash:<br>E9F47DD51471CC467A124A8630CD4B43E0AF41800AF25111C9FCCAFED079925C | 06-21-2022<br>23:42:58 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 30 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash:<br>A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 06-21-2022<br>23:01:26 | Tushy | 02-05-2018 | 02-20-2018 | PA0002104194 |
| 31 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash:<br>32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 06-21-2022<br>22:38:57 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 32 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash:<br>6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 06-21-2022<br>22:29:44 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 33 | Info Hash: 4AC9C0CAB21CC6E809535B91E7FABE3143B75B2A<br>File Hash:<br>FC009B88637D7BF14546FFA6FA23B769633756143C8E28534D8FCB7780AA6169 | 06-21-2022<br>22:13:54 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 34 | Info Hash: 12C206C8431717A14E9FB156DDE831C3E6CFD012<br>File Hash:<br>F0D6752EB51CF456BB96616610372C598DA5A398D6F4433D0A2A5363391D8357 | 06-21-2022<br>21:55:49 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 35 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash:<br>B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06-21-2022<br>21:50:08 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 06-21-2022 21:27:56 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 37 | Info Hash: 0462D373EDC5BFF169B3DCCB9FF967FEB0C0A5E0<br>File Hash: 89E659B924CC18F157F35A3DF4ED59A3D40411F854BE952355132749FD7D4EBC | 06-21-2022 21:19:05 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 38 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 06-21-2022 21:13:28 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 39 | Info Hash: BA30B53822ED234D66D8970D2A9644206D2575B6<br>File Hash: A08512E14D1F5C943AC430F8904BF348C18A546FBC52FE1B6A36D22A6D04A3D8 | 06-21-2022 20:21:16 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |
| 40 | Info Hash: F32B67B1AD02DF3673D3DE8DB004CCBB51092D91<br>File Hash: 3C2D66D2580D523D9F3EBDB0236F90866D9C14DA5BDE56C4DB866C484B5F46C7 | 06-21-2022 20:03:20 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 41 | Info Hash: 10C8618A6AA04A68F644EC970D0A0DF94834DD09<br>File Hash: 4B77585E0AAEE81EA30A41465AD832C89D4380E20D49710021C28908D661BF62 | 06-21-2022 19:50:56 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 42 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 06-21-2022 19:23:17 | Tushy | 08-19-2019 | 08-26-2019 | PA0002213301 |
| 43 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash: 1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 06-21-2022 19:11:46 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 44 | Info Hash: F63BBFC680C5A1422FE794C3870264F2321A53D8<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 06-21-2022 18:36:07 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 45 | Info Hash: 07A63A1F0944DD92831949033B6C1F6BE801CDD5<br>File Hash: 1A5034162D11A36D519C1C2A35C96FFFD8CA99EDEB64E383A42881CA645273B9 | 06-18-2022 03:04:44 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 46 | Info Hash: 2D80D6E659AEBC1C055D76199363C6D3A6E17EC4<br>File Hash: 0467C7C351660CCEAB39C5655AA1FAD4C19C70A18BF857CEFF8F4E8451F67A4B | 06-17-2022 15:36:51 | Slayed | 10-14-2021 | 11-01-2021 | PA0002326407 |
| 47 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash: EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 06-13-2022 03:30:20 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 06-12-2022 02:03:21 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 49 | Info Hash: A83F4EC5922C112BE37DAE66274D109EDB82FE84<br>File Hash:<br>FB03344F09C922C4144FE320E0D99B122B579E4D865A25EEC79FF59D08B6FCFF | 06-11-2022 02:11:58 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 50 | Info Hash: 46D553A69DAE19125917CA1BB0E40A65D38B8310<br>File Hash:<br>D3C070DCDB686EF9D622CDCFA522E104BFDB42583EF995BC74F3EA2C4492A1D5 | 06-06-2022 12:17:40 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 51 | Info Hash: 771FD4D7303EF525DFF16E1672A279F389E6C298<br>File Hash:<br>420EE3361BEF41F9F93FB41830DF853E99CBC81FBD2383F4AA3AACA2A83EDD69 | 05-27-2022 22:30:36 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 52 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash:<br>093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 05-26-2022 07:43:51 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 53 | Info Hash: 649357DB13B2B11CDE20AFDA507F0BA540C1E838<br>File Hash:<br>2432AC32CA81B94D6B4F8A68B7954E9E5027BA19DECAF036B6C7B3CBEC93178F | 05-26-2022 07:39:04 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 54 | Info Hash: 6C9157F589F10DBB923A2C6F0EA79D211FE2D789<br>File Hash:<br>1B6B502903A781D43CF83C84A057633749B639CC9E15E0B0F89E912E0966A04F | 05-23-2022 08:24:31 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 55 | Info Hash: 80481B00B55C0E63D095FE9CD9E293C57C1DF0D4<br>File Hash:<br>C9720FFE193364AB206BED3C5D77239FCDBDE8F6632447685B1C4C6C587FF2D0 | 05-23-2022 08:22:11 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 56 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash:<br>E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 05-23-2022 08:01:11 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 57 | Info Hash: D9EE1F75B354C4AE7BC7D1CC02B15F54A9626ED1<br>File Hash:<br>E0F448947F15E9CA3D7249E08E7F3A6914651BAA6257FE1ED60FC757ED551995 | 05-23-2022 07:32:17 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 58 | Info Hash: 65DCB163B663FA718DED913D1BE38CBB89BC6E38<br>File Hash:<br>53AA16E47C1793E83D75192C466E0CF537EEB6BD6A05ABB19A18C01771AC9145 | 05-23-2022 03:48:12 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 59 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash:<br>65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 05-23-2022 00:14:14 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 03-24-2022 16:34:38 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 61 | Info Hash: D3F024BA551E687B147333701D49D2BBF5E9A45C<br>File Hash: 3CD01300DCC2935123FA4FDEC88C3682CA48853D8A4232E1D9F22BBE35B15917 | 03-24-2022 15:02:53 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 62 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 03-03-2022 18:51:32 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 63 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 03-03-2022 18:13:29 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |